THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Charles Donnell Dublin,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No.  2003-UP-441
Submitted April 18, 2003  Filed June 
 25, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, all of 
 Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Charles Donnell Dublin was indicted by 
 the Aiken County grand jury for murder, assault and battery with intent to kill, 
 armed robbery, attempted armed robbery and possession of a firearm during the 
 commission of a violent crime.  Following a jury trial, Dublin was found guilty 
 as charged and sentenced to life without the possibility of parole.  
Counsel for Dublin attached a petition to be relieved to 
 the final brief stating he had reviewed the record and found the appeal to be 
 without merit. Dublin filed a pro se brief.  After a review of 
 the record and Dublins and counsels briefs pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Dublins 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 [1] Because oral argument would not aid 
 the court in resolving the issues on appeal, we decide this case without oral argument pursuant 
 to Rule 215, SCACR.